# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DOUG HARRIS and DIANA HARRIS | § § § | |
| VS. | § § | Case No. 4:10cv708<br>(Judge Schneider/Judge Mazzant) |
| DEVON ENERGY PRODUCTION COMPANY, L.P. | § § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 29, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Dismiss Without Prejudice (Dkt. #56) be granted and the case dismissed without prejudice.

The Court, having made a *de novo* review of Defendant's objections, Plaintiffs' response thereto, and Defendant's reply, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Plaintiffs' Motion to Dismiss Without Prejudice (Dkt. #56) is GRANTED and the case is DISMISSED without prejudice.

**It is SO ORDERED.**

**SIGNED this 25th day of January, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE