# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DOUG HARRIS and DIANA HARRIS | § § § | |
| VS. | § § | Case No. 4:10cv708 (Judge Schneider/Judge Mazzant) |
| DEVON ENERGY PRODUCTION COMPANY, L.P. | § § § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is **DISMISSED** without prejudice.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 25th day of January, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE